0877490
BJP/hs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DIOMINA ASTO,

        Plaintiff,          **ANSWER**

-against-          07 Civ. 4787
        ECF CASE
        JURY TRIAL DEMANDED

THERESA R. BETTER and ROBERTO BETTER,

        Defendants.
-----------------------------------------------------------------x

      Defendants, THERESA R. BETTER and ROBERTO BETTER, by their attorneys, LAW OFFICE OF THOMAS K. MOORE, answering the complaint, respectfully set forth upon information and belief:

      1.   Deny any knowledge or information sufficient to form a belief as to any of the allegations contained in paragraphs numbered "1", "2", "9", "13" and "18" of the complaint.

      2.   Deny each and every allegation contained in paragraphs numbered "3", "4", "10", "11", "12", "14", "15", "16" and "19" of the complaint.

      3.   Deny any knowledge or information sufficient to form a belief as to any of the allegations contained in paragraph numbered "5" of the complaint, and refer all questions of law to this Honorable Court.

      4.   Deny each and every allegation contained in paragraphs numbered "6", "7", "8" and "17" of the complaint, and refer all questions of law to this Honorable Court.

**AS AND FOR A FIRST SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE TO PLAINTIFF'S ALLEGED CAUSE OF ACTION, THESE DEFENDANTS RESPECTFULLY SET FORTH AND ALLEGE UPON INFORMATION AND BELIEF:**

      5.   That if the plaintiff sustained any injuries as alleged, such injuries were caused by her own fault and negligence, and/or culpable conduct, wholly or partially.

**AS AND FOR A SECOND SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE TO PLAINTIFF'S ALLEGED CAUSE OF ACTION, THESE DEFENDANTS RESPECTFULLY SET FORTH AND ALLEGE UPON INFORMATION AND BELIEF:**

6.  The answering defendant asserts the limited liability provisions of Article 16 of the CPLR.

**AS AND FOR A THIRD SEPARATE, AFFIRMATIVE AND COMPLETE DEFENSE TO PLAINTIFF'S ALLEGED CAUSE OF ACTION, THESE DEFENDANTS RESPECTFULLY SET FORTH AND ALLEGE UPON INFORMATION AND BELIEF:**

7.  If plaintiff recovers any damages by reason of the alleged negligence of these answering defendants, said damages must be reduced by the total amount of all funds received by plaintiff for all collateral sources pursuant to CPLR section 4545(c).

WHEREFORE, each answering defendant demands judgment:

(1) Dismissing the complaint, and

(2) For costs and disbursements against adverse parties.

Dated: White Plains, New York
       June 8, 2007

LAW OFFICE OF THOMAS K. MOORE

By: _____s/_____
       BRIAN J. POWERS (BP-1992)
Attorneys for Defendants
THERESA R. BETTER and ROBERTO BETTER
Office & P.O. Box Address
701 Westchester Avenue - Suite 101W
White Plains, New York  10604
(914) 285-8500

TO:

KLEIN & FOLCHETTI
Attorneys for Plaintiff
219 Westchester Avenue, 6th Floor
Port Chester, New York  10573
(914) 934-8792

0877490
BJP/hs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DIOMINA ASTO,

                        Plaintiff,           **REQUEST FOR**
                                                         **SUPPLEMENTAL DEMAND**
-against-

                                                         07 Civ. 4787
                                                         ECF CASE

THERESA R. BETTER and ROBERTO BETTER,

                        Defendants.
-----------------------------------------------------------------x

       You are hereby required to set forth the total damages to which plaintiff deems herself entitled and list same separately for each cause of action.

Dated: White Plains, New York
         June 8, 2007

                                          LAW OFFICE OF THOMAS K. MOORE

                                          By:_____
                                               BRIAN J. POWERS  (BP-1992)
                                          Attorneys for Defendants
                                          THERESA R. BETTER and ROBERTO BETTER
                                          Office & P.O. Box Address
                                          701 Westchester Avenue - Suite 101W
                                          White Plains, New York  10604
                                          (914) 285-8500

TO:

KLEIN & FOLCHETTI
Attorneys for Plaintiff
219 Westchester Avenue, 6th Floor
Port Chester, New York  10573
(914) 934-8792