UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
==============================================X

DIOMINA ASTO,

                    Plaintiff,

- against -

THERESA R. BETTER and ROBERTO BETTER,

                    Defendants.
==============================================X

ECF CASE

Docket No. 07 CIV 4787
(UA)(GAY)
WP4

# PLAINTIFF'S MEMORANDUM OF LAW

KLEIN & FOLCHETTI
Attorney for Plaintiff
219 Westchester Avenue, 6th Floor
Port Chester, New York  10573
Tel. (914) 934-8792

*On the Memorandum*
**ROBERT W. FOLCHETTI (RF 0527)**
Of Counsel

## TABLE OF CONTENTS

Page

Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

Preliminary Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Question Presented . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Argument:

As There Has Been No Showing of Subject Matter
Jurisdiction, This Action Must be Remanded to State Court . . . . . . . . . . . . . . . . . . . . . 2

This Motion is Timely . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Attorneys' Fees Under 28 USC §1447(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

## TABLE OF CASES AND AUTHORITIES

<u>Authority</u>                                                                                 <u>Page</u>

### Federal Cases:

*Advani Enter., Inc. v. Underwriters at Lloyds*, 140 F.3d
    157 (2d Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Blockbuster, Inc., v. Galeno*, 472 F.3d 53 (2d Cor. 2006) . . . . . . . . . . . . . . . . . . . . . 3

*Children's Village v. Greenburgh Eleven Teachers' Union
    Federation of Teachers, Local 1532*, 867 F.Supp. 245
    (SDNY 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Circle Industries USA, Inc. v. Parke Const. Group*, 183 F.3d
    105 (2d Cir.1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 8

*Davenport v. Procter & Gamble*, 241 F.2d 511 (2d Cir. 1957) . . . . . . . . . . . . . . . . . 3

*Fein v. Chrysler Corp.*, Not Reported in F.Supp.2d, 1998 WL 34032284,
    EDNY, September 29, 1998 (No. CV-98-4113 [CPS]) . . . . . . . . . . . . . . . . . . . 8

*Gehm v. New York Life Ins. Co.*, 992 F.Supp. 209 (EDNY 1998) . . . . . . . . . . . . . . 8

*Gilman v. BHC Securities, Inc.*, 104 F.3d 1418 (2d Cir. 1997) . . . . . . . . . . . . . . 2, 4

*Greenidge v. Mundo Shipping Corp.*, 60 F.Supp.2d 10 (EDNY 1999) . . . . . . . . . 8, 9

*Johnson-Kamara v. W. Chacon Trucking*, Not Reported in F.Supp.2d,
    2006 WL 336041, S.D.N.Y., February 09, 2006 (No. 05 Civ. 9900
    [JFK][THK]) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

*Leslie v. BancTec Service Corp.*, 928 F.Supp. 341 (SDNY 1996) . . . . . . . . . . . . 2, 4

*Lupo v. Human Affairs Int'l, Inc.*, 28 F.3d 269 (2d Cir. 1994) . . . . . . . . . . . . . *Passim*

*Lynch v. Waldron*, Not Reported in F.Supp.2d, 2005 WL 1162453,
    SDNY, May 17, 2005 (No. 05 Civ. 2274 [GEL]) . . . . . . . . . . . . . . . . . . . . . . . 8, 9

*Martin v. Franklin Capital Corp.*, 546 US 132, 126 S.Ct. 704, 163
    L.Ed.2d 547 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

## TABLE OF CASES AND AUTHORITIES (Cont.)

Authority                                                                                                Page

*Matsumura v. Benihana Nat. Corp.*, Slip Copy, 2007 WL 1489758,
    S.D.N.Y., May 21, 2007 (No. 06 Civ. 7609 [NRB]) . . . . . . . . . . . . . . . . . . . . . . . 2

*McNutt v. General Motors Acceptance Corp.*, 298 US 178, 56 S.Ct.
    780, 80 L.Ed. 1135 (1936) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 4

*Mehlenbacher v. Akzo Nobel Salt, Inc.*, 216 F.3d 291 (2d Cir. 2000) . . . . . . . . . . . 2

*Memorial Hospital v. Empire Blue Cross*, Not Reported in F.Supp.2d,
    1994 WL 132151, SDNY, April 12, 1994 (No. 93 Civ. 6682 [JSM]) . . . . . . . . . 8

*Meriden Square, Inc.*, 30 F.3d 298 (2d Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Miller v. First Security Investments, Inc.*, 30 F.Supp.2d 347
    (EDNY 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Mopaz Diamonds, Inc. v. Institute of London Underwriters*, 822 F.Supp.
    1053, 1058 (SDNY 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*National Union Fire Ins. Co. of Pittsburgh, PA v. BP Amoco P.L.C.*,
    Not Reported in F.Supp.2d, 2003 WL 1618534, S.D.N.Y., March 27,
    2003 (NO. 03 CIV. 0200 [GEL]) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Nemazee v. Premier, Inc.*, 232 F.Supp.2d 172 (SDNY 2002) . . . . . . . . . . . . . . . . 7, 8

*Ortiz v. Pierce*, Not Reported in F.Supp., 1998 WL 566635, EDNY, June 17,
    1998 (No. 97 CV 250) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Pirenne Python Schifferli Peter & Associes v. Wyndham Partners, L.P.*,
    No. 92 Civ. 9252, 1995 WL 261512 (SDNY May 3, 1995) . . . . . . . . . . . . . . . . 4

*R.G. Barry Corp. v. Mushroom Makers, Inc.*, 612 F.2d 651 (2d Cir. 1979) . . . . . . . 2

*Rosenberg v. GMV Travel, Inc.*, 480 F.Supp. 95 (SDNY 1979) . . . . . . . . . . . . . . . 2

*Sclesa v. City Univ. of N.Y.*, 76 F.3d 37 (2d Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . 2

## TABLE OF CASES AND AUTHORITIES (Cont.)

Authority                                                                      Page

*Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 61 S.Ct. 868,
    85 L.Ed. 1214 (1941) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Schepis v. Local Union No. 17, United Bhd. of Carpenters &*
    *Joiners of Am.*, 989 F.Supp. 511 (SDNY 1998) . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Somlyo v. J. Lu-Rob Enters., Inc.*, 932 F.2d 1043 (2d Cir. 1991) . . . . . . . . . . . . . . 2

*Syms, Inc. v. IBI Security Services, Inc.*, 586 F.Supp. 53 (SDNY 1984) . . . . . . . . . 9

*Tongkook Am., Inc. v. Shipton Sportswear Co.*, 14 F.3d 781
    (2d Cir.1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United Food & Commercial Workers Union Local 919 v. CenterMark*
    *Properties Meriden Square, Inc.*, 30 F.3d 298 (2d Cir. 1994) . . . . . . . . *Passim*

*Vera v. Saks & Co.*, 335 F.3d 109 (2d Cir .2003) . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Vasura v. Acands*, 84 F.Supp.2d 531 (SDNY 2000) . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Wallace v. Wiedenbeck*, 985 F.Supp. 288 (NDNY 1998) . . . . . . . . . . . . . . . . . . . . . 8

*Whitaker v. American Telecasting, Inc.*, 261 F.3d 196 (2d Cir. 2001) . . . . . . . . . . . 3

*Wilds v. United Parcel Service, Inc.*, 262 F.Supp.2d 163 (SDNY 2003) . . . . . . . . . . 7

*Zimmerman v. Conrail*, 550 F.Supp. 84 (SDNY 1982) . . . . . . . . . . . . . . . . . . . . . . . 9

### Federal Statutes:

28 USC §1332(a)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

28 USC §1447(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 8

### State Statutes:

New York Civil Practice Law and Rules §3017(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

## PRELIMINARY STATEMENT

This Memorandum of Law is submitted on behalf of the plaintiff in support of his motion to remand this action to the Supreme Court of the State if New York, Bronx County, on the ground that there is no federal subject matter jurisdiction, as well as for an award of costs and attorneys' fees Under 28 USC §1447(c). The instant action seeks to recover monetary damages for personal injuries sustained by the plaintiff. The plaintiff's complaint consists of one cause of action based on principles of common-law negligence and sounding in premises liability. As required under New York State law, the complaint does not state any claim for a specific amount of damages.[1]

The facts relevant to this motion are recited in the annexed declaration of Robert W. Folchetti and supported by the exhibits referred to therein. The Court need not be burdened with further recitation of the facts herein.

=====================================================================

## QUESTION PRESENTED

Should this action be remanded to the New York Supreme Court, Bronx County?

**Short Answer:**    Plaintiff contends that this question should be answered in the affirmative.

Should the plaintiff be awarded attorneys' fees and costs in connection with the instant motion?

**Short Answer:**    Plaintiff contends that this question should be answered in the affirmative.

---

[1]    New York Civil Practice Law and Rules §3017(c).