0877490
BJP/hs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DIOMINA ASTO,

                               Plaintiff,                   **RULE 26 DISCLOSURE**

             -against-                                07 Civ. 4787
                                                                            ECF CASE

THERESA R. BETTER and ROBERTO BETTER,

                             Defendants.
----------------------------------------------------------------x

       Defendants, THERESA R. BETTER and ROBERTO BETTER, as and for their disclosure under Rule 26 of the Federal Rules of Civil Procedure, hereby set forth as follows:

1.       Individuals with discoverable information:

       Other than the parties, defendants are unaware of any individuals who may have discoverable information.

2.       Relevant documents and tangible things under parties' control.

       Defendants have no such items.

3.       Information related to calculation of damages.

       Not applicable to this party.

4.       Insurance agreements.

       Travelers Indemnity Company, 100 Baylis Road, Melville, New York 11747, provides coverage to the answering defendants in the amount of $300,000 under policy number 0HF486947633052633, policy period 3/12/03 to 3/12/04.

Dated: White Plains, New York
       July 5, 2007

                    LAW OFFICE OF THOMAS K. MOORE

                    By: _____s/_____
                          BRIAN J. POWERS (BP-1992)
                    Attorneys for Defendants
                    THERESA R. BETTER and ROBERTO BETTER
                    Office & P.O. Box Address
                    701 Westchester Avenue - Suite 101W
                    White Plains, New York 10604
                    (914) 285-8500

TO:

KLEIN & FOLCHETTI
Attorneys for Plaintiff
219 Westchester Avenue, 6th Floor
Port Chester, New York 10573
(914) 934-8792