# Exhibit "B"

**Westlaw.**

JVR No. 1239 Page 1

1986 WL 453298 (N.Y.Sup.), JVR No. 1239

**(Publication page references are not available for this document.)**

```
                    COPR. (C) 2007 LRP Publications

        Supreme Court, Twelfth Judicial District, Bronx County, New York.
                    RUIZ v. FLORENCE AND MICHAEL MAZZA
                                13647 / 84

                       DATE OF INCIDENT: June, 1983

                       DATE OF TRIAL: March, 1986

TOPIC:
LIABILITY:
General: BICYCLE & VEHICLE
Specific: Intersection collision

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award: $500,000
Total Verdict: $500,000

EXPERT-WITNESSES:

ATTORNEY:

JUDGE:

RANGE AMOUNT: $500,000-999,999
STATE: New York

COUNTY: Bronx

PRIMARY INJURY: Fibula / Tibia Fractures

SUMMARY
PLAINTIFF:
  Sex: Male
  Age: 10
DECEDENT:
DEFENDANT:
  Type: Multiple Individuals
  Sex: Male
DAMAGES:
Other: $500,000

              © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.
```

JVR No. 1239                                                                                               Page 2

1986 WL 453298 (N.Y.Sup.), JVR No. 1239

**(Publication page references are not available for this document.)**

Total: $500,000

FACTS:
  Male 10

LRP Publications

COURT: Supreme

 1986 WL 453298 (N.Y.Sup.), JVR No. 1239

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

JVR No. 71640                                                                    Page 1

1991 WL 450919 (N.Y.Sup.), JVR No. 71,640

**(Publication page references are not available for this document.)**

COPR. (C) 2007 LRP Publications

Supreme Court, Twelfth Judicial District, Bronx County, New York.
RODRIGUEZ v. SANITARY PLUMBING, ET AL.
21321

No Date Given

TOPIC:
LIABILITY:
General: PEDESTRIAN
Specific: On Shoulder

SUMMARY
Outcome: Settlement
Non Verdict Award: $575,000
Claimed Past Medical: $20,000

EXPERT-WITNESSES:

ATTORNEY:
  Plaintiff: Fuchsberg & Fuchsberg by Abraham Fuchsberg and Roberto Laracuente, New York, NY.

JUDGE:

RANGE AMOUNT: $500,000-999,999
STATE: New York

COUNTY: Bronx

PRIMARY INJURY: Tibia And Fibula Fracture

FACTS:
  A 30-year-old male self employed delivery man suffered a tibia and a fibula fracture after he was struck by one of the two defendants' vehicles. The plaintiff had parked his van along the curb and was removing packages from the back when the defendant plumbing truck struck the defendant motorist from behind. The impact pushed the defendant motorist into the plaintiff. The plaintiff alleged that the motorist was negligent for stopping suddenly in traffic and the defendant plumbing truck was negligent for failing to avoid the collision. The defendant plumbing company paid $550,000 of the settlement and the defendant motorist paid the remaining $25,000.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

JVR No. 71640 Page 2

1991 WL 450919 (N.Y.Sup.), JVR No. 71,640

**(Publication page references are not available for this document.)**

LRP Publications

COURT: Supreme

 1991 WL 450919 (N.Y.Sup.), JVR No. 71,640

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**

JVR No. 23298                                                                                                    Page 1

1986 WL 454857 (N.Y.Sup.), JVR No. 23,298

**(Publication page references are not available for this document.)**

COPR. (C) 2007 LRP Publications

Supreme Court, Twelfth Judicial District, Bronx County, New York.
MCLAUGHLIN v. NYCTA
17828 / 84

DATE OF INCIDENT: April, 1982

DATE OF TRIAL: September, 1986

TOPIC:
LIABILITY:
General: PREMISES LIABILITY
Specific: Fall at transit station

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award: $180,300
Total Verdict: $180,300

EXPERT-WITNESSES:

ATTORNEY:

JUDGE:

RANGE AMOUNT: $100,000-199,999
STATE: New York
COUNTY: Bronx

PRIMARY INJURY: Fibula / Tibia Fractures

SUMMARY
PLAINTIFF:
DECEDENT:
DEFENDANT:
DAMAGES:
Other: $180,300
Total: $180,300

FACTS:
  Male 50

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

JVR No. 23298 Page 2

1986 WL 454857 (N.Y.Sup.), JVR No. 23,298

**(Publication page references are not available for this document.)**

LRP Publications

COURT: Supreme

 1986 WL 454857 (N.Y.Sup.), JVR No. 23,298

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1996 WL 642775 (N.Y.Sup.), JVR No. 184,998
COPR. (C) 2007 LRP Publications

Supreme Court, Twelfth Judicial District, **Bronx** County, New York.
SOTO v. 2407 MORRIS ASSOC.; THE WAVECREST MANAGEMENT TEAM, LTD.
6693 / 94

DATE OF INCIDENT: December, 1993

DATE OF FILING: January, 1994

TOPIC:
LIABILITY:
General: PREMISES LIABILITY
Specific: Fall on sidewalk
SUMMARY
Outcome: Settlement
Non Verdict Award: $360,000
Total Verdict: $360,000
EXPERT-WITNESSES:
ATTORNEY:
JUDGE:
RANGE AMOUNT: $200,000-499,999
STATE: New York
COUNTY: **Bronx**
PRIMARY INJURY: **Fibula / Tibia Fractures**
SUMMARY
SETTLEMENT TIME: Before Trial
PLAINTIFF:
Sex: Female
Age: 50
General Occupation: HOMEMAKER
DECEDENT:
DEFENDANT:
Type: Multiple Organizations
Sex: Organization
Organization Type: Services-Lodging
Insurance: American Specialty Ins. Co.
DAMAGES:
Other: $360,000
Total: $360,000
FACTS:
A 50-year-old female housewife suffered a non-displaced distal **fibula fracture**, requiring closed reduction and casting and resulting in a permanent limp; and a comminuted **fracture** of the distal **tibia** when she tripped over sidewalk cracks at the defendant apartment building managed by the co-defendant. The plaintiff contended that the defendants were negligent for failing to maintain the sidewalks after receiving notice of their defective condition. The defendants denied negligence and contended that sidewalk repair was the responsibility of the non-party superintendent. The plaintiff's husband, who was the superintendent, contended that sidewalk repairs were not part of his job requirements and that he had notified the co-defendant management company of the sidewalk defects.

LRP Publications
COURT: Supreme
1996 WL 642775 (N.Y.Sup.), JVR No. 184,998
END OF DOCUMENT

Westlaw.

JVR No. 208056 Page 1

1997 WL 744297 (N.Y.Sup.), JVR No. 208,056

**(Publication page references are not available for this document.)**

COPR. (C) 2007 LRP Publications

Supreme Court, Twelfth Judicial District, Bronx County, New York.
DICOSTANZO, PRO AMI v. YONKERS GIANT CARPET INC.
8498 / 95

DATE OF FILING: January, 1995

TOPIC:
LIABILITY:
General: PREMISES LIABILITY
Specific: Accident in retail store

SUMMARY
Outcome: Settlement
Non Verdict Award: $210,000
Total Verdict: $210,000

EXPERT-WITNESSES:

ATTORNEY:

JUDGE:

RANGE AMOUNT: $200,000-499,999
STATE: New York
COUNTY: Bronx

PRIMARY INJURY: Fibula / Tibia Fractures

SUMMARY
SETTLEMENT TIME:
PLAINTIFF:
  Sex: Female
  Age: 2
DECEDENT:
DEFENDANT:
  Type: Single Organization
  Sex: Organization
  Occupational Field: Retail-Home Furnishings
DAMAGES:
Other: $210,000

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

JVR No. 208056                                                                Page 2

1997 WL 744297 (N.Y.Sup.), JVR No. 208,056

**(Publication page references are not available for this document.)**

Total: $210,000

FACTS:
 A two-year-old female suffered fractures to the tibia and fibula when a roll of carpet toppled over onto her and pinned her to the wall in the defendant store. The plaintiff contended that the defendant carpet store was negligent in failing to provide a safe environment for customers and to secure the carpet to prevent it from falling. The case settled prior to trial for a structure with a present value of $210,000.

LRP Publications

COURT: Supreme

 1997 WL 744297 (N.Y.Sup.), JVR No. 208,056

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# Westlaw.

JVR No. 205514                                                                 Page 1

1997 WL 635984 (N.Y.Sup.), JVR No. 205,514

**(Publication page references are not available for this document.)**


COPR. (C) 2007 LRP Publications

Supreme Court, Twelfth Judicial District, Bronx County, New York.
JAWARA v. VATAJ
23298 / 94

DATE OF INCIDENT: September, 1994

DATE OF FILING: December, 1994

DATE OF TRIAL: June, 1997

```
TOPIC:
LIABILITY:
General: PEDESTRIAN
Specific: Crossing intersection

SUMMARY
Outcome: Plaintiff Verdict
Non Verdict Award: $300,000
Total Verdict: $300,000
Final Demand: $250,000
Final Offer: $100,000

EXPERT-WITNESSES:

ATTORNEY:

JUDGE:

RANGE AMOUNT: $200,000-499,999
STATE: New York

COUNTY: Bronx

PRIMARY INJURY: Fibula / Tibia Fractures

SUMMARY
PLAINTIFF:
  Sex: Male
  Age: 50
  General Occupation: GENERAL LABORER
DECEDENT:
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
JVR No. 205514                                                    Page 2

1997 WL 635984 (N.Y.Sup.), JVR No. 205,514

(Publication page references are not available for this document.)


DEFENDANT:
  Type: Single Individual
  Sex: Male
  Insurance: St. Paul
DAMAGES:
Pain and Suffering: $300,000
Total: $300,000
DEFENDANT ADMITTED LIABILITY: Yes

FACTS:
   A 50-year-old male street vendor suffered fractures of the tibia and fibula,
requiring closed reduction and resulting in cartilage damage under the tibia, when
he was struck by the male defendant's vehicle as he crossed the roadway at an
intersection. The defendant admitted liability and the case proceeded on damages
only. The plaintiff claimed that he is unable to walk long distances and has pain
and swelling at the fracture site. The defendant contended that the plaintiff had
no permanent residuals.

LRP Publications

COURT: Supreme

 1997 WL 635984 (N.Y.Sup.), JVR No. 205,514

END OF DOCUMENT
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.