# KLEIN & FOLCHETTI
*Attorneys and Counselors at Law*
219 Westchester Avenue, 6th Floor
Port Chester, New York 10573
Tel. (914) 934-8792
Fax (914) 934-8793*
E Mail Klfolaw@aol.com*

ROBERT W. FOLCHETTI
Admitted in NY, CT & Federal Courts
MICHELE KLEIN
Admitted in NY & Federal Courts

*Not for Service of Legal Papers

PUTNAM COUNTY OFFICE
1875 Route 6
Carmel, New York 10512

October 24, 2005



**VIA FACSIMILE TO
(914) 390-4095**

Honorable George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Diomina Asto v. Theresa Better & Roberto Better
Return Date: July 13, 2007
Case Number: 07 CIV 4787

Dear Honorable Sir:

Please be advised that this office represents the plaintiff in the above referenced action.

I am requesting permission to file our reply papers of our Memorandum of law to remand this case to New York State Supreme Court to July 24, 2007, due to the fact that Mr. Folchetti is out of town and did not realize at the time of the teleconference he would not be here and should have taken this fact into consideration during the initial briefing schedule. We apologize to any inconvenience of the Court and will file such papers before the deadline.

Should you require additional information, please contact me.

Thank you for your attention.

Respectfully yours,

NUKY COSTANTINI
Paralegal

cc: Law Office of Thomas K. Moore
914-285-8510

*Granted. No further adjournments. So Ordered.*

*Geo. A. Yanthis
USMJ  7/16/07*